UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE L. PRICE,

          Petitioner,

     v.

THE PEOPLE,

          Respondent.

Case No.  25-cv-01238-TSH

**ORDER OF TRANSFER**

Petitioner, an inmate at California State Prison - Lancaster, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his 2024 conviction. *See generally* ECF No. 1.  Petitioner's conviction was obtained in San Joaquin County, which is in the Eastern District of California, and he is incarcerated in Los Angeles County, in the Southern District of California.  Venue for a habeas action is proper in either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  However, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction.  *See* N.D. Cal. Habeas L.R. 2254-3(b); *see also Dannenberg v. Ingle*, 831 F. Supp. 767, 767-68 (N.D. Cal. 1993).  Here, Petitioner was convicted and sentenced in the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk is directed to close this case.

     **IT IS SO ORDERED.**

Dated: February 11, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California