UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br>Petitioner,<br>v.<br>THE PEOPLE,<br>Respondent. | No. 2:25-cv-00504-DJC-SCR<br><br>ORDER |

Petitioner Eugene Leon Price, proceeding *pro se*, has filed a Motion to "re-open case" and for "an exten[s]ion of time." (ECF No. 16.) This Court previously adopted the Magistrate Judge's Findings and Recommendations and the case was closed. (Order Adopting (ECF No. 12); J. (ECF No. 13).) Thus, the Court construes Petitioner's recent requests as a Motion for Reconsideration under Federal Rules of Civil Procedure 59(e) and 60(b).

Petitioner's Motion is denied. Petitioner has not presented a valid basis for the Court to grant reconsideration. To the extent Petitioner believes the Court did not receive his objections due to his change of address and being in solitary confinement, as described in his Motion, he is mistaken. The Court received a prior set of

Petitioner's objections on July 7, 2025, (ECF No. 11), which was a few weeks before adopting the Findings and Recommendations.

The Court read and considered those objections and conducted a de novo review. It is not necessary for the Court to address each objection. Mere disagreement with the legal analysis conducted by the Court does not provide a basis for reconsideration.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration (ECF No. 16), so construed, is DENIED.

IT IS SO ORDERED.

Dated: **July 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE